**United States Bankruptcy Court**
**District of Massachusetts, Worcester Division**

**IN RE:**                                                                Case No. **19-40280**

**Johnson, John A.**                                                      Chapter **7**

                          Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) hereby verify(ies) that the attached matrix listing creditors is true to the best of my(our) knowledge.

Date: **February 27, 2019**          Signature: _/s/ **John A. Johnson**_

                                     **John A. Johnson**                         Debtor

Date: _____          Signature: _____

                                                                                 Joint Debtor, if any

© 2019 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

Chase Card
PO Box 15153
Wilmington, DE  19866


Chrysler Capital
PO Box 660335
Dallas, TX  75266-0335


Iris Cannata & Lisa Cannata
25 Fairway Ln
Foxboro, MA  02035-2717


Janet & James Casey
30 Cee Jay Ter
Wrentham, MA  02093-1113


John Hebert Sr.
20 N High St
Foxboro, MA  02035-2726


Martin Gelman, M.D.
c/o Attorney Richard J. Conner
424 Adams St
Milton, MA  02186-4358


Paul Kozlov
C.O. Emmanuel V. Meimaris
355 Providence Hwy
Westwood, MA  02090-1909

Rapid Advanced
Small Business Financial Solutions, LLC
4500 E West Hwy Fl 6
Bethesda, MD  20814-3327


Richard Lynd
37 Granite St
Foxboro, MA  02035-1710


Rockland Trust
c/o Attorney Campbell
7 Cabot Pl Ste 4
Stoughton, MA  02072-4631


Ryan Seyffert
23 Cross St
Bellingham, MA  02019-1820


Sherilyn Hebert
20 N High St
Foxboro, MA  02035-2726


Tracy Compton
111 Washington St Ste 107
Plainville, MA  02762-2155


Tresca Brothers Concrete, Sand & Gravel
66 Main St
Millis, MA  02054-1316