

05/01/2019 DENIED. OUTSTANDING DOCUMENTS HAVE NOT BEEN FILED IN ACCORDANCE WITH THE ORDER AT DOCKET NO. 20.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

_____

In re:                                             )
                                                   )    Ch. 7
John A. Johnson,                                   )    Case No. 19-40280
    Debtor.                                       )
                                                   )
_____ )

### DEBTOR'S EMERGENCY MOTION TO VACATE DISMISSAL

The debtor, John A. Johnson (hereinafter referred to as the "Debtor"), hereby moves this Court on an emergency basis to vacate the dismissal entered in the above-captioned matter. On April 3, 2019, Debtor's counsel received a Notice of Dismissal from the Court. Immediately upon receiving this notice, Debtor's counsel reviewed the Order to Update. As grounds for this Motion, Debtor states that he is self-employed and has acted adequately and with all due diligence to prepare and provide all necessary information to complete Schedules and Statements. However, based upon the availability of a 3rd party, the Debtor's accountant, it is now out of the Debtor's realm and control and Debtor relies on his accountant to diligently produce the necessary information in order for Debtor to comply with the Court's Order.

WHEREFORE, the Debtor respectfully requests that this Court Vacate the Order Dismissing the Debtor's case and enter an order allowing the Debtor the reinstatement of the case as all required documents should be filed on or before May 1, 2019. There will be no prejudice to any party in the event this motion is allowed.