United States Bankruptcy Court
District of Massachusetts

In re:  
John A. Johnson  
      Debtor

Case No. 19-40280-cjp  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0101-4     User: corc     Page 1 of 1     Date Rcvd: May 01, 2019  
                  Form ID: pdf012     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 03, 2019.  
db         +John A. Johnson,    90 Mendon St,    Bellingham, MA 02019-1599

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                   TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 03, 2019                                                 Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 1, 2019 at the address(es) listed below:  
          David M. Nickless    dnickless@npolegal.com, dnickless@ecf.axosfs.com  
          John M. Wozniak    on behalf of Debtor John A. Johnson attywozniak@wozniaklawgroup.com, wendy@wozniaklawgroup.com  
          Richard   King    USTPRegion01.WO.ECF@USDOJ.GOV  
                                                                                                                     TOTAL: 3



05/01/2019 DENIED. OUTSTANDING DOCUMENTS HAVE NOT BEEN FILED IN ACCORDANCE WITH THE ORDER AT DOCKET NO. 20.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: ) | |
| ) | Ch. 7 |
| John A. Johnson, ) | Case No. 19-40280 |
| Debtor. ) | |
| ) | |

### DEBTOR'S EMERGENCY MOTION TO VACATE DISMISSAL

The debtor, John A. Johnson (hereinafter referred to as the "Debtor"), hereby moves this Court on an emergency basis to vacate the dismissal entered in the above-captioned matter. On April 3, 2019, Debtor's counsel received a Notice of Dismissal from the Court. Immediately upon receiving this notice, Debtor's counsel reviewed the Order to Update. As grounds for this Motion, Debtor states that he is self-employed and has acted adequately and with all due diligence to prepare and provide all necessary information to complete Schedules and Statements. However, based upon the availability of a 3rd party, the Debtor's accountant, it is now out of the Debtor's realm and control and Debtor relies on his accountant to diligently produce the necessary information in order for Debtor to comply with the Court's Order.

WHEREFORE, the Debtor respectfully requests that this Court Vacate the Order Dismissing the Debtor's case and enter an order allowing the Debtor the reinstatement of the case as all required documents should be filed on or before May 1, 2019. There will be no prejudice to any party in the event this motion is allowed.